# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

September 4, 2024

**MEMO ENDORSED**

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007

    Re: Velasquez v. One Cup Of Tea Inc., et al.
      Case 1:24-cv-04472-KPF

Dear Judge Failla:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for September 6, 2024, at 12:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

               Sincerely,

              By: /S/   B. Bradley Weitz
                B. Bradley Weitz, Esq. (BW9365)
                THE WEITZ LAW FIRM, P.A.
                Attorney for Plaintiff
                Bank of America Building
                18305 Biscayne Blvd., Suite 214
                Aventura, Florida 33160
                Telephone: (305) 949-7777
                Facsimile:  (305) 704-3877
                Email: bbw@weitzfirm.com

The Court understands that Plaintiff wishes to adjourn the initial pretrial conference, in light of the fact that Defendants have not yet appeared in this action. That application is GRANTED.

The initial pretrial conference currently scheduled for September 6, 2024, is hereby ADJOURNED to **October 24, 2024, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:     September 5, 2024         SO ORDERED.
           New York, New York

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE