# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

October 21, 2024

**MEMO ENDORSED**

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007

        Re:    Velasquez v. One Cup Of Tea Inc., et al.
               Case 1:24-cv-04472-KPF

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 24, 2024, at 11:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter. Because there is a backlog with the Department of State for service of process, We will be having Defendants served via an independent process server to insure reception. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this second adjournment request.

                                    Sincerely,

                                    By: /S/  B. Bradley Weitz
                                         B. Bradley Weitz, Esq. (BW9365)
                                         THE WEITZ LAW FIRM, P.A.
                                         Attorney for Plaintiff
                                         Bank of America Building
                                         18305 Biscayne Blvd., Suite 214
                                         Aventura, Florida 33160
                                         Telephone: (305) 949-7777
                                         Facsimile:  (305) 704-3877
                                         Email: bbw@weitzfirm.com

The Court understands that Plaintiff wishes to adjourn the initial pretrial conference, in light of the fact that Defendants have not yet appeared in this action.  That application is GRANTED.

The initial pretrial conference currently scheduled for October 24, 2024, is hereby ADJOURNED to **December 6, 2024, at 3:30 p.m.**

The conference will be telephonic.  The dial-in information is as follows:  On **December 6, 2024, at 3:30 p.m.,** the parties shall call (888) 363-4749 and enter access code 5123533.

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated:    October 21, 2024          SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE