# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 28, 2024

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



        Re:    Velasquez v. One Cup Of Tea Inc., et al.
                Case 1:24-cv-04472-KPF

Dear Judge Failla:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for **December 6, 2024, at 3:30 p.m**., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter.

      As stated in he previous letter to the Court.  Due to the backlog with the Department of State for service of process, we had Defendants served via an independent process server to ensure reception. At this time, we await their response.  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this third adjournment request.

                              Sincerely,

                              By: /S/   B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile:  (305) 704-3877
                                  Email: bbw@weitzfirm.com

The Court understands that Plaintiff wishes to adjourn the initial pretrial conference, in light of the fact that Defendants have not yet appeared in this action, and to allow the parties adequate time to engage in early settlement discussions after Defendants appear. That application is GRANTED.

The initial pretrial conference currently scheduled for December 6, 2024, is hereby ADJOURNED to **January 22, 2025, at 11:00 a.m.**

The conference will be telephonic. The dial-in information is as follows: On **January 22, 2025, at 11:00 a.m.**, the parties shall call (855) 244-8681 and enter access code 2315 780 7370. Please note, the conference will not be available prior to 11:00 a.m.

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated:    December 2, 2024          SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE