# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

January 16, 2025

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



        Re:    Velasquez v. One Cup Of Tea Inc., et al.
               Case 1:24-cv-04472-KPF

Dear Judge Failla:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 22, 2025, at 11:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter.

      Besides being served by the Department of State, the Defendants have been personally served via an independent process server. At this time, we await their response. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this fourth adjournment request.

                                  Sincerely,

                                  By: /S/   B. Bradley Weitz
                                       B. Bradley Weitz, Esq. (BW9365)
                                       THE WEITZ LAW FIRM, P.A.
                                       Attorney for Plaintiff
                                       Bank of America Building
                                       18305 Biscayne Blvd., Suite 214
                                       Aventura, Florida 33160
                                       Telephone: (305) 949-7777
                                       Facsimile: (305) 704-3877
                                       Email: bbw@weitzfirm.com

The Court understands that Plaintiff wishes to adjourn the initial pretrial conference, in light of the fact that Defendants have not yet appeared in this action. That application is GRANTED.

The initial pretrial conference currently scheduled for January 22, 2025, is hereby ADJOURNED to **March 5, 2025, at 10:00 a.m.**

The conference will be telephonic. The dial-in information is as follows: At 10:00 a.m. the parties shall call (855) 244-8681 and enter access code 2315 780 7370. Please note, the conference will not be available prior to 10:00 a.m.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated:     January 16, 2025         SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE