# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 26, 2025

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



Re:    Velasquez v. One Cup Of Tea Inc., et al.
       Case 1:24-cv-04472-KPF

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 5, 2025, at 10:00 a.m., in your Honor's Courtroom.  However, Defendants have not yet appeared as yet, nor have they or any representative contacted the undersigned firm. Though served by the Department of State, and personally served via an independent process server, we have not heard from or have been contacted by the Defendants.

    At this time, we will be remitting a copy of the Summons & Complaint by Federal Express or Courier service to each Defendant to direct their attention to this lawsuit.  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this fifth adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application GRANTED.  The conference scheduled for March 5, 2025, is
ADJOURNED to **April 10, 2025, at 10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at
docket entry 22.

Dated:     February 26, 2025              SO ORDERED.
           New York, New York


                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE