# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

April 7, 2025

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



      Re:    Velasquez v. One Cup Of Tea Inc., et al.
              Case 1:24-cv-04472-KPF

Dear Judge Failla:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for April 10, 2025, at 10:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared, nor have they or any representative contacted the undersigned firm. Though served by the Department of State, and personally served via an independent process server, we have not heard from or have been contacted by the Defendants.

      We have remitted a copy of the Summons & Complaint by Federal Express and Courier service to the Defendants to solicit them to respond to this lawsuit. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this sixth adjournment request.

                                          Sincerely,

                                          By: /S/   B. Bradley Weitz
                                               B. Bradley Weitz, Esq. (BW9365)
                                               THE WEITZ LAW FIRM, P.A.
                                               Attorney for Plaintiff
                                               Bank of America Building
                                               18305 Biscayne Blvd., Suite 214
                                               Aventura, Florida 33160
                                               Telephone: (305) 949-7777
                                               Facsimile:  (305) 704-3877
                                               Email: bbw@weitzfirm.com

Application GRANTED.  The conference scheduled for April 10, 2025, is ADJOURNED to **May 21, 2025, at 11:00 a.m.**

In the event that Defendants have not appeared in advance of the May 21, 2025 conference date, and Plaintiff intends to seek another adjournment, Plaintiff is directed to advise the Court as to whether he intends to seek a certificate of default.

The Clerk of Court is directed to terminate the pending motion at docket entry 24.

Dated:     April 8, 2025          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE