# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 10, 2026

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



Re:     **Velasquez v. One Cup Of Tea Inc., et al.**
        **Case 1:24-cv-04472-KPF**

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this case is currently scheduled for February 18, 2026, in your Honor's Courtroom.  However, an Amended Complaint was recently filed, and though the new Defendants were served, they have not yet appeared in this matter, having been served through the Secretary of State.  We have remitted service through an independent process server for Defendant Ling Gee Realty Corporation. However, though multiple attempts (eight) were made, the entrance is secured to Defendant Ling Gee Realty Corporation's building, therefore, the process server could not access the building to serve said Defendant.  *(See, Exhibit "A")*

Due to the above-stated reasons, the undersigned respectfully requests 45-day adjournment of the Conference to a date most convenient to this Honorable Court. Also, the undersigned also requests leave to serve by Mail-In service.

Thank you for your consideration of this first adjournment request and first request for alternative Mail-In Service, with regard to the Amended Complaint and service thereof.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

The Court has received Plaintiff's above-request.

The initial pretrial conference currently scheduled for February 18, 2026, is hereby ADJOURNED to **April 8, 2026,** at **4:00 p.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

Plaintiff's request for alternative mail-in service is APPROVED.

The Clerk of Court is directed to terminate the pending motion at docket entry 53.

Dated:     February 11, 2026        SO ORDERED.
           New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE