# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 27, 2026

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



   **Re:** **Velasquez v. Ling Gee Realty Corporation, et al.**
     **Case 1:24-cv-04472-KPF**

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for April 8, 2026, at 4:00 p.m. However, Defendants have not yet appeared in this matter, having been properly served [DE 51 and DE 55]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
   B. Bradley Weitz, Esq. (BW9365)
   THE WEITZ LAW FIRM, P.A.
   Attorney for Plaintiff
   Bank of America Building
   18305 Biscayne Blvd., Suite 400
   Aventura, Florida 33160
   Telephone: (305) 949-7777
   Facsimile:  (305) 704-3877
   Email: bbw@weitzfirm.com

Application GRANTED.

The initial pretrial conference currently scheduled for April 8, 2026, is hereby ADJOURNED to **May 26, 2026,** at **12:00 p.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 56.

Dated:    March 30, 2026          SO ORDERED.
          New York, New York


                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE