# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>18305 Biscayne Blvd., Suite 400<br>Aventura, Florida 33160

May 19, 2026

**<u>VIA CM/ECF</u>**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



Re:    **Velasquez v. Ling Gee Realty Corporation, et al.**
       **Case 1:24-cv-04472-KPF**

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for May 26, 2026, at 12:00 p.m. To date, however, Defendants have not appeared in this matter, despite having been properly served through the Secretary of State. See [D.E. 51 & D.E. 55].

Additionally, Plaintiff has attempted service through an independent process server, but Defendants have refused service. Plaintiff has also attempted to make contact via Federal Express.

Due to the refusal of Defendants to receive service, we respectfully requested the court to grant an order to serve the Defendants by mail-in service, which was granted, [D.E. 53].

Therefore, due to the above stated reasons, Plaintiff respectfully requests a 45 day extension to be able to serve the Defendants again by mail-in service and to provide the Defendants additional time to appear in this action.

Thank you for your consideration of this third adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
      B. Bradley Weitz, Esq. (BW9365)
      THE WEITZ LAW FIRM, P.A.
      Attorney for Plaintiff
      Bank of America Building
      18305 Biscayne Blvd., Suite 400
      Aventura, Florida 33160
      Telephone: (305) 949-7777
      Facsimile:  (305) 704-3877
      Email: bbw@weitzfirm.com

Application GRANTED.

The initial pretrial conference is hereby ADJOURNED to **July 21, 2026,** at **4:00 p.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 58.

Dated:    May 20, 2026                   SO ORDERED.
          New York, New York


                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE