# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

July 14, 2026

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007

**MEMO ENDORSED**

**Re:** ***Velasquez v. Ling Gee Realty Corporation, et al.***
**Case 1:24-cv-04472-KPF**

Dear Judge Failla:

The undersigned represents Plaintiff in the above-captioned action. The Initial Pretrial Conference is currently scheduled for July 21, 2026.

Despite Plaintiff's diligent and ongoing efforts to effectuate service and secure Defendants' appearance, Defendants have not yet appeared in this action. As previously reported to the Court, Defendants were served through the Secretary of State. See [D.E. 51 & D.E. 55]. Plaintiff also retained an independent process server to effect personal service; however, Defendants refused to accept service. Plaintiff further attempted to contact Defendants via Federal Express. Thereafter, upon Plaintiff's application, the Court authorized service by mail. See [D.E. 53]. Since the Court's prior Order, Plaintiff has continued its efforts to provide Defendants with notice of this action and to obtain their participation. Notwithstanding these continued efforts, Defendants have yet to appear or otherwise respond.

Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference for an additional forty-five (45) days to permit Plaintiff to complete its service efforts and allow Defendants a further opportunity to appear in this action. Plaintiff makes this request in good faith and not for the purpose of delay, but to ensure that Defendants have every reasonable opportunity to appear before the Court proceeds with the matter.

Thank you for your consideration of this fourth adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz

B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

Application GRANTED.

The initial pretrial conference is hereby ADJOURNED to **September 2, 2026**, at **10:00 a.m.** As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motions at docket entries 60 and 61.

Dated: July 15, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE