# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

August 26, 2026

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007

MEMO ENDORSED

**Re:** ***Velasquez v. One Cup Of Tea Inc et al***
**Case 1:24-cv-04472-KPF**

Dear Judge Failla:

The undersigned represents Plaintiff in the above-captioned action. The Initial Pretrial Conference is currently scheduled for September 2, 2026 at 10:00 a.m.

Despite Plaintiff's diligent and ongoing efforts to effectuate service and secure Defendants' appearance, Defendants have not yet appeared in this action. As previously reported to the Court, Defendants were served through the Secretary of State. See [D.E. 51 & D.E. 55]. Plaintiff also retained an independent process server to effect personal service; however, Defendants refused to accept service. Plaintiff further attempted to contact Defendants via Federal Express. Thereafter, upon Plaintiff's application, the Court authorized service by mail. See [D.E. 53]. Since the Court's prior Order, Plaintiff has continued its efforts to provide Defendants with notice of this action and to obtain their participation. Notwithstanding these continued efforts, Defendants have yet to appear or otherwise respond.

In an additional effort to locate Defendants and facilitate service, Plaintiff is currently in the process of retaining a professional skip-trace service to assist in obtaining an alternate residential address for Defendants. Plaintiff believes that obtaining an updated or alternate residential address may provide an additional avenue for effectuating personal service and ensuring that Defendants receive notice of this action.

Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference for forty-five (45) days to permit Plaintiff to complete its ongoing service efforts, including the skip-trace process, and to allow Defendants a further opportunity to appear in this action. Plaintiff makes this request in good faith and not for the purpose of delay, but to ensure that Defendants have every reasonable opportunity to receive notice and appear before the Court proceeds with the matter.

Thank you for your consideration of this fifth adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz

B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Email: bbw@weitzfirm.com

Application GRANTED. The initial pretrial conference is hereby ADJOURNED to **October 21, 2026, at 10:00 a.m.** As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 63.

Dated: August 27, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE