# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

October 16, 2026

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re:** ***Velasquez v. One Cup Of Tea Inc et al***
**Case 1:24-cv-04472-KPF**

Dear Judge Failla:

The undersigned represents Plaintiff in the above-captioned action. The Initial Pretrial Conference is currently scheduled for October 21, 2026 at 10:00 a.m.

Despite Plaintiff's persistent and good-faith efforts to effectuate service and obtain Defendants' appearance, Defendants have neither appeared nor otherwise responded in this action. As previously advised to the Court, service was effectuated through the Secretary of State. See [D.E. 51 & D.E. 55]. Plaintiff additionally engaged an independent process server to attempt personal service; however, Defendants refused to accept service. Plaintiff also undertook efforts to contact Defendants through Federal Express. Subsequently, upon Plaintiff's request, the Court authorized service by mail. See [D.E. 53]. Plaintiff has continued to pursue reasonable measures to provide Defendants with notice of these proceedings and secure their participation, but those efforts have not resulted in an appearance or response.

As part of its continuing efforts to locate Defendants, Plaintiff has engaged a professional skip-trace service to identify a current or alternative residential address at which personal service may be attempted. To date, however, the skip-trace report remains outstanding, and Plaintiff is awaiting the results of that investigation. Plaintiff anticipates that the information obtained through the skip-trace process may assist in identifying an additional means of locating Defendants and facilitating personal service.

In light of the foregoing, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference for forty-five (45) days to allow sufficient time for the pending skip-trace report to be received and evaluated, and for Plaintiff to undertake any further service efforts that may be appropriate based upon its findings. The requested adjournment is sought in good faith, not for purposes of delay, but rather to afford Plaintiff a reasonable opportunity to complete its efforts to notify Defendants and provide them with an additional opportunity to appear and participate in these proceedings.

Thank you for your consideration of this sixth adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

Telephone: (305) 949-7777
Email: bbw@weitzfirm.com

Application GRANTED. The conference currently scheduled for October 21, 2026, at 10:00 a.m., is hereby ADJOURNED to **December 9, 2026, at 3:30 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 65.

Dated: October 16, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE